

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**JOHN BEN SHEPPERD**
ATTORNEY GENERAL

May 29, 1956

Honorable Tom Reavley
Secretary of State
State of Texas
Austin, Texas

Dear Mr. Reavley:

Opinion No. S-199

Re: Proper method for fixing fran-
chise tax liability of a corpora-
tion dissolving within one year
after incorporation.

In your letter requesting the opinion of this office on the above-
captioned question you state in part as follows:

"Although under ordinary circumstances a new
domestic corporation would not be required to file a fran-
chise tax return until the expiration of the first corporate
year, it seems only logical that a corporation . . . [sub-
mitting Articles of Dissolution within one year after incor-
poration] should be required to immediately file a return
in order to present this office a basis for computing the
franchise tax to be paid to permit it to legally dissolve.
The Texas Business Corporation Act prohibits the filing
of Articles of Dissolution unless the franchise tax is paid,
and our problem then is one of determining the period for
which the tax should be exacted.

"Article 7084 V.C.S. of Texas, as amended, requires
the computation of the tax upon the stated capital, surplus
and undivided profits, and certain bonds, notes and deben-
tures at $2 per $1,000 or a fractional part thereof ($2.25
on and after May 1, 1956), but provides for a minimum tax
of $25. This, of course, would be for one full year as fur-
ther provided in this Article.

"With the foregoing facts before you, please advise
this office if we should collect the franchise tax as would
be disclosed by the return demanded of the corporation for
one full year; or, should the tax be apportioned in order to
exact the franchise tax only for the period from the date of
filing Articles of Incorporation to the date of submitting
the Articles of Dissolution? If the tax is to be apportioned
and the amount for only a portion of the year should be less
than the minimum, should that amount be accepted, or should
we demand the minimum tax of $25?"

You should collect the franchise tax for a full year as disclosed by the return demanded of a domestic corporation which submits Articles of Dissolution within its first corporate year. There are no provisions for apportionment of franchise taxes due by corporations in Title 122, Chapter Three, Vernon's Civil Statutes, or elsewhere in our statutes.

## SUMMARY

The proper method of collecting the franchise tax of a private domestic corporation dissolving within one year after incorporation is to collect the franchise tax for a full year as disclosed by the franchise tax return demanded of the corporation.

Yours very truly,

APPROVED:

W. V. Geppert
Taxation Division

Mary K. Wall
Reviewer

J. Arthur Sandlin
Reviewer

L. W. Gray
Special Reviewer

Davis Grant
First Assistant

John Ben Shepperd
Attorney General

JOHN BEN SHEPPERD
Attorney General of Texas

By _Henry Gates Steen_
Henry Gates Steen
Assistant